IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 5:12-CR-20-3 |
| | ) | (Financial Litigation Unit) |
| | ) | |
| TIFFANY SHERISE YOUNG, | ) | |
|     Defendant, | ) | |
| and | ) | |
| | ) | |
| P&G CHEVROLET INC., | ) | |
|     Garnishee. | ) | |

## ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** is before the Court on the Answer of P&G Chevrolet Inc. as the Garnishee. On August 4, 2014, the Honorable Richard L. Voorhees sentenced the Defendant to ten months incarceration on her conviction for Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349. Judgment in the criminal case was filed on August 12, 2014 (Doc. No. 99). As part of that Judgment, the Defendant was ordered to pay an assessment of $100.00 and restitution of $226,353.00 to the victims of the crime. *Id.*

On January 8, 2021, the Court entered a Writ of Continuing Garnishment ("Writ") (Doc. No. 147) to the Garnishee, P&G Chevrolet Inc. On January 25, 2021 the Defendant was served with the Writ and Instructions notifying her of her right to request a hearing. The Garnishee was served with the Writ on January 25, 2021. The Garnishee filed an Answer on February 9, 2021 (Doc. No. 149) stating that at the time of service of the Writ, the Garnishee had in its custody, control or possession property or funds owned by the Defendant, including non-exempt disposable earnings. The Defendant did not request a hearing, and the statutory time to do so has elapsed.

IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $222,335.38 computed through January 7, 2021. The Garnishee shall pay the United States up to twenty-five percent of the Defendant's net earnings which remain after all deductions required by law have been withheld, and one hundred percent of all 1099 payments, and the Garnishee will continue said payments until the debt to the Plaintiff is paid in full, or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant, or until further order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

> Clerk of the United States District Court
> 401 West Trade Street
> Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number 5:12CR20-3.

IT IS FURTHER ORDERED that the Garnishee will advise this Court if Defendant's employment is terminated at any time by the Garnishee or Defendant.

The Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge